ALFREDO CORTES AND CARMEN CORTES, PLAINTIFFS-APPELLANTS, v. INTERBORO MUTUAL INDEMNITY INSURANCE COMPANY, DEFENDANT-RESPONDENT.

Argued March 13, 1989—Decided May 11, 1989.

*Manfred F. Salomon* argued the cause for appellants (*Salomon and Blackman,* attorneys).

*Peter A. Piro* argued the cause for respondent (*Haskins, Hack, Piro, O'Day, Merklinger & Wallace,* attorneys. ·

PER CURIAM.

The judgment is affirmed substantially for the reasons expressed in the majority opinion of the Appellate Division reported at 232 *N.J.Super.* 519 (1988).

O'HERN, J., dissenting.

I would reverse on the basis of that portion of the Appellate Division dissent that would hold the exclusive remedy defense to have been waived in the circumstances of this case.

*For affirmance*—Chief Justice WILENTZ, and Justices CLIFFORD, HANDLER, POLLOCK, GARIBALDI and STEIN—6.

*For reversal*—One.